# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES JERROD SPIKES, JR.

NO. 2021 KW 1630

**MARCH 28, 2022**

---

In Re:   James Jerrod Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 15-CR4-128964.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** See the actions of this court in **State v. Spikes,** 2021-0998 (La. App. 1st Cir. 10/18/21), 2021 WL 4844337 (unpublished), and **State v. Spikes,** 2019-0203 (La. App. 1st Cir. 4/29/19), 2019 WL 1900402 (unpublished) wherein relator presented alternative arguments but sought the same relief.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT